IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUE VALERI, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MYSTIC INDUSTRIES CORP., | : | |
| Defendant. | : | NO. 12-2526 |

## ORDER

AND NOW, this 17th day of January, 2013, it is hereby ORDERED that:

1. Having considered the parties' briefing pertaining to Defendant Mystic Industries Corporation's Motion to Dismiss or Stay and Compel Arbitration (Docket No. 8), the Motion is GRANTED. This matter shall be stayed except as provided in this Order, and Plaintiff Sue Valeri must submit to arbitration of her dispute with Mystic.

2. Ms. Valeri shall, by no later than 5:00 p.m. on Friday, January 18, 2013, fax written correspondence to the Court and opposing counsel that clarifies whether she intends to continue to pursue her Motion for a Preliminary Injunction (Docket No. 19).

3. If Ms. Valeri decides to continue to seek a preliminary injunction, then the Court will use the oral argument time previously scheduled for Monday, January 28, 2013 as a hearing on her Motion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1